# PETTY OFFENSE MINUTE SHEET

Case No.: 716PO192
Date: 8/18/16
Defendant: Mary A. Miller
Counsel: Waived

PRESENT: Judge: Robert S. Ballou, U. S. Magistrate Judge
Deputy Clerk: K. Brown
Court Reporter: K. Brown/FTR
AUSA: Charlene Day
Ranger: Buchanan
USPO:

Time in court: 1:57 - 2:30    1A 1mm

- [x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
- [x] Defendant waives counsel; advises court wishes to proceed today without counsel.
- [ ] Defendant requests appointment of counsel.   [ ] Court grants request for appointment of counsel.
- [ ] Motion for continuance by [ ] Defendant [ ] Government. Court trial continued to _____.
- [ ] Motion to dismiss by government / defendant – (ruling).

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 716PO192 |  | X |  | Camping longer than 21 days. |
| # |  |  |  | - |
| # |  |  |  | - |
| # | - | - | - |  |

- [ ] Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests.
- [x] Court trial held.

Comments:

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 716PO192 |  |  | X | - |
| # |  |  |  | - |
| # |  |  |  | - |
| # | - | - | - |  |

Payment Schedule   [ ] Today   [ ] 30 days   [ ] ___days   [ ] other:

- [ ] Government presents evidence regarding sentencing and rests.
- [ ] Defendant presents evidence regarding sentencing and rests.
- [ ] Court orders presentence report. Sentencing set for _____.
- [ ] Government moves for detention.

- [ ] Government does not oppose bond.
- [ ] Detention/Bond Hearing held.
- [ ] Defendant released on bond. Bond set at $_____.
- [ ] Probation
- [ ] Imprisonment as condition of probation [ ] weekends as directed by BOP [ ] immediate confinement
- [ ] Restricted license
- [ ] VASAP
- [ ] Interlock Ignition
- [x] Defendant advised of rights on appeal
- [ ] Restitution
- [ ] 18 USC 3607

Additional information:

Evidence.
Officer Buchanan, sworn. Gov. Ex 1, marked Rules of Bolar Campground, Admitted. Gov. Ex 2, US Forest Service order, marked and admitted. Gov. Ex 3, marked and admitted - Calendar. Cross. Rest.

Mary Miller, sworn. Deft ex 1, marked and admitted. No Cross.

Rebuttle. Witness Buchanan recalled. Rest. Cross. Rest.

Argument.

Court addresses defts.